UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE MARIE HOLLIS,

    Plaintiff,

v.                                      Case No. 13-13054
                                          Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Detroit, State of Michigan, on January 27, 2015

PRESENT: THE HONORABLE BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Plaintiff filed this action seeking Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. This matter is before the Court on the Magistrate Judge's Report and Recommendation [dkt. 21], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted, Defendant's Motion for Summary Judgment be denied, and the case be remanded to Defendant under sentence four of 42 U.S.C. § 405(g) for further proceedings. Neither party has filed any objections to the Report and Recommendation.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the Court ADOPTS the Magistrate Judge's Report and Recommendation [dkt. 21].

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [dkt. 17] is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [dkt. 19] is DENIED.

IT IS FURTHER ORDERED that this case is REMANDED to Defendant pursuant to 42 U.S.C. § 405(g) for further review and consideration in accord with the Report and Recommendation.

IT IS SO ORDERED.

Date: January 27, 2015

S/BERNARD A. FRIEDMAN FOR
Hon. Lawrence P. Zatkoff
U.S. District Judge